4 A.3d 1041

Bishop Anthonee PATTERSON, Both Individually and Derivatively on Behalf of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith

v.

The TRUSTEES OF the GENERAL ASSEMBLY OF the CHURCH OF the LORD JESUS CHRIST OF the APOSTOLIC FAITH, INC., a Pennsylvania Not–for–Profit Corporation

and

Kenneth Shelton, Individually and as President of the Board of Trustees of the Trustees of the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith, Inc.

Petition of Bishop Anthonee Patterson and the General Assembly of the Church of the Lord Jesus Christ of the Apostolic Faith.

No. 70 EM 2010.

Supreme Court of Pennsylvania.

Sept. 24, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 24th day of September, 2010, the Petition for Extraordinary Relief and the Ancillary Application for Stay of All Related Cases filed in the Philadelphia Court of Common Pleas are **DENIED.**